# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PHAM, TU M. | US DISTRICT COURT WD TENNESSEE | 07/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

FULL TIME-MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial    ✔ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2019
**to**
12/31/2019 |

**7. Chambers or Office Address**

167 N MAIN STREET
MEMPHIS, TN 38103

> ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | DEFINED CONTRIBUTION 401(K) PLAN WITH KIRKLAND & ELLIS (FORMER LAW FIRM) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. FED TRUST FEDERAL BUILDING FEDERAL CREDIT UNION (cash) | A | Interest | J | T | | | | | |
| 3. VASCULAR TECHNOLOGIES INC | | None | L | V | | | | | |
| 4. 403(B) ACCOUNT #1 (H) | | | | | | | | | |
| 5. T ROWE RETIREMENT 2050 ADV (PARFX) | D | Dividend | M | T | | | | | |
| 6. 403(B) ACCOUNT #2 (H) | | | | | | | | | |
| 7. DODGE & COX GLOBAL D FD (DODLX) | A | Dividend | J | T | | | | | |
| 8. GQG PARTNERS EMRG MKTS EQTY FD INV (GQGPX) | A | Dividend | J | T | | | | | |
| 9. MAIRS & POWERS SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 10. OAKMARK INTL FD CLASS (OAKIX) | A | Dividend | K | T | | | | | |
| 11. PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | B | Dividend | K | T | | | | | |
| 12. SCHWAB FUNDAMENTAL GLBL REAL ESTATE INDEX FD (SFREX) | A | Dividend | J | T | | | | | |
| 13. VANGUARD HEALTH CARE FD INV (VGHCX) | B | Dividend | J | T | | | | | |
| 14. VANGUARD SMALL CAP VALUE INDEX ADM (VSIAX) | A | Dividend | J | T | | | | | |
| 15. 401K ACCOUNT (H) | | | | | | | | | |
| 16. VANGUARD BROKERAGE SWEEP ACCOUNT (cash) (Y) | | | | | | | | | |
| 17. VANGUARD PRIMECAP FUND ADMIRAL (VPMAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IRA #1 (H) | | | | | | | | | |
| 19. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | |
| 20. FIRST EAGLE OVERSEAS FUND CL A (SGOVX) | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 21. MAIRS AND POWER SM CAP FD (MSCFX) | A | Dividend | J | T | | | | | |
| 22. SCHWAB FUNDAMENTAL GLBL REAL ESTATE (SFREX) | A | Dividend | J | T | | | | | |
| 23. FIRST EAGLE GLOBAL FUND (SGENX) | | None | | | Sold | 01/18/19 | K | | |
| 24. VANGUARD HEALTH CARE FUND (VGHCX) | B | Dividend | K | T | | | | | |
| 25. BROKERAGE #1 (H) | | | | | | | | | |
| 26. SCHWAB BANK DEPOSIT ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 27. EATON VNCE MGD GLBL BUY (ETW) | A | Dividend | J | T | | | | | |
| 28. EOG RESOURCES INC (EOG) | A | Dividend | J | T | | | | | |
| 29. PYPL COMMON STOCK (PYPL) | | None | K | T | | | | | |
| 30. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 31. SPDR GOLD SHARES ETF NV (GLD) | | None | J | T | Buy | 08/14/19 | J | | |
| 32. SPDR S&P 400 MID CAP (MDYV) | A | Dividend | K | T | | | | | |
| 33. VANGUARD S/T INVESTMENT (VFSTX) | A | Dividend | K | T | | | | | |
| 34. EAGLE MLP STRATEGY FD 1 (EGLIX) | A | Dividend | | | Sold<br>(part) | 06/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/05/19 | J | | |
| 36. FIRST EAGLE OVERSEAS FUND CL A (SGOVX) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 37. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 38. MAIRS AND POWER SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 39. SCHWAB SMALL CAP INDEX (SWSSX) | A | Dividend | K | T | | | | | |
| 40. BROKERAGE #2 (H) | | | | | | | | | |
| 41. SCHWAB BANK SWEEP ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 42. ISHARES MSCI JAPAN (EWJ) | A | Dividend | J | T | | | | | |
| 43. PRIMECAP ODYSSEY AGGR (POAGX) | A | Dividend | J | T | | | | | |
| 44. IRA #2 (H) | | | | | | | | | |
| 45. INVESCO OPPENHEIMER DEVELOPING MARKETS (ODMAX) (FORMERLY OPPENHEIMER) | A | Dividend | K | T | | | | | |
| 46. JPMORGAN MID CAP VALUE (FLMVX) | A | Dividend | K | T | | | | | |
| 47. MAIRS & POWER SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 48. OAKMARK INTL FD INV (OAKIX) | A | Dividend | K | T | | | | | |
| 49. PRIMECAP ODYSSEY AGGRESSIVE (POAGX) | B | Dividend | K | T | | | | | |
| 50. EDUCATIONAL ACCOUNT #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 52. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 53. EDUCATIONAL ACCOUNT #2 (H) | | | | | | | | | |
| 54. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 55. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 56. TNSTARS 529 COLLEGE SAVINGS #1(H) | | | | | | | | | |
| 57. TN AGGRESSIVE GROWTH FUND (POAGX) | | None | J | T | | | | | |
| 58. TN VANGUARD WELLINGTON ADM | | None | | | Sold | 08/16/19 | J | | |
| 59. TN BALANCED FUND | | None | K | T | Buy | 08/16/19 | J | | |
| 60. TN INTEREST BEARING ACCOUNT (cash equiv) | A | Int./Div. | J | T | | | | | |
| 61. TNSTARS529 COLLEGE SAVINGS #2 (H) | | | | | | | | | |
| 62. TN AGGRESSIVE GROWTH FUND | | None | J | T | | | | | |
| 63. TN DFA LARGE CAP INTERNATIONAL FUND | | None | | | Sold | 08/16/19 | J | | |
| 64. TN TOTAL INTERNATIONAL STOCK FUND | | None | J | T | Buy | 08/16/19 | J | | |
| 65. TN VANGUARD WELLINGTON ADM | | None | | | Sold | 08/16/19 | J | | |
| 66. TN BALANCED FUND | | None | J | T | Buy | 08/16/19 | J | | |
| 67. TN INTEREST BEARING ACCOUNT (cash equiv) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. TNSTARS 529 COLLEGE SAVINGS #3 (H) | | | | | | | | | |
| 69. TN AGGRESSIVE GROWTH FUND | | None | J | T | | | | | |
| 70. TN DFA LARGE CAP INTERNATIONAL FUND | | None | | | Sold | 08/16/19 | J | | |
| 71. TN TOTAL INTERNATIONAL STOCK FUND | | None | J | T | Buy | 08/16/19 | J | | |
| 72. TN VANGUARD WELLINGTON ADM | | None | | | Sold | 08/16/19 | J | | |
| 73. TN BALANCED FUND | | None | J | T | Buy | 08/16/19 | J | | |
| 74. BROKERAGE #3 (H) | | | | | | | | | |
| 75. PRIMECAP ODYSSEY AGGRESSIVE GROWTH (POAGX) | B | Dividend | K | T | | | | | |
| 76. T ROWE PRICE HEALTH SCIENCES (PRHSX) | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PHAM, TU M.** | 07/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Valuation of this asset is based upon the amount of the initial investment.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TU M. PHAM**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544